1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  Jeri L. Pappone, CSB No.: 210104
   Amanda L. Butts, CSB No.: 253651
3  3620 American River Drive, Suite 230
   Sacramento, CA 95864
4  Phone: 916-974-8500
   Facsimile: 916-974-8510
5
6  Attorneys for County of Sacramento,
   Scott R. Jones
7  ROSEN BIEN & GALVAN, LLP
   Ernest Galvan, CSB No.: 196065
8  Blake Thompson, CSB No.: 255600
   315 Montgomery Street, 10th Floor
9  San Francisco, CA 94104
10 Phone: (415) 433-6830
   Fax: (415) 433-7104
11

12            **UNITED STATES DISTRICT COURT**

13      **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

14

15 PRISON LEGAL NEW, a project of the    )  **Case No.: 2:11-cv-00907-JAM -DAD**
   HUMAN RIGHTS DEFENSE CENTER           )
16                                        )  **STIPULATION AND ORDER TO**
              Plaintiff,                  )  **EXTEND TIME FOR RESPONSE TO**
17                                        )  **COMPLAINT AND SUBMISSION OF**
         vs.                              )  **JOINT STATUS REPORT**
18                                        )
   COUNTY OF SACRAMENTO; SCOTT R.         )
19 JONES, individually and in his capacity as)
   Sheriff of the County of Sacramento; DOES 1-)  Complaint Served:    April 6, 2011
20 20, in their individual and official capacities, )
                                          )
21            Defendants.                 )
   _____)

22       WHEREAS, Prison Legal News ("PLN") filed Case No. 11-cv-00907 against County of

23 Sacramento and Scott R. Jones (collectively "County") on April 5, 2011;

24       WHEREAS, PLN served its summons and complaint on the County on April 6, 2011;

25       WHEREAS, the County was required to serve its answer and/or responsive pleading to

26 PLN's complaint by April 27, 2011, twenty-one (21) days after service of the summons and

27 complaint;

28

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, counsel for the County was not retained or notified of service of the

2  summons and complaint until May 19, 2011;

3    WHEREAS, the County requested and PLN agreed to extend the time to respond to June

4  2, 2011;

5    WHEREAS, the Order Requiring Joint Status Report (Dkt. 4) requires the parties to

6  confer pursuant to Fed. R. Civ. P. 26(f) and prepare and submit a joint status report by June 6,

7  2011, sixty (6) days after service of the complaint;

8    WHEREAS, the County requested and PLN agreed to extend the time to confer and

9  submit the joint status report with the Rule 26(f) discovery plan to July 5, 2011;

10    WHEREAS, no prior extensions of time to respond to the complaint or to prepare the

11  joint status report have been obtained by the County;

12    WHEREAS, Local Rule 144(a) states that stipulations extending time to respond to a

13  complaint for more than twenty-eight (28) days require approval by the Court;

14    NOW, THEREFORE, by and through their respective counsel, the Parties hereby agree

15  and stipulate, subject to approval of the Court, as follows:

16    1.    Defendants County of Sacramento and Scott R. Jones shall respond to Plaintiff's

17  Complaint on or before June 2, 2011; and

18    2.    The parties shall confer, prepare, and submit a joint status report on or before July

19  5, 2011.

20    IT IS SO STIPULATED.

21  Dated:  May 20, 2011                    LONGYEAR, O'DEA & LAVRA, LLP

22                                  By:   */s/ Amanda L. Butts*
                                        _____
23                                       JOHN A. LAVRA
                                        AMANDA L. BUTTS
24                                       Attorneys For Defendants

25

26  Dated:  May 20, 2011                    ROSEN, BIEN & GALVAN, LLP

27                                  By:   */s/ Ernest Galvan*
                                        _____
28                                       ERNEST GALVAN
                                        Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1

## **ORDER**

2

Pursuant to the above stipulation, IT IS SO ORDERED.

3

4   Dated:  5/23/2011                          */s/ John A. Mendez*

5                                                  U.S. DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Extend Time for Response to Complaint and Submission of Joint Status Report

PDF created with pdfFactory trial version www.pdffactory.com