```
SANFORD JAY ROSEN – 62566
ERNEST GALVAN – 196065
KENNETH M. WALCZAK – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:         kwalczak@rbg-law.com

LANCE WEBER (admitted *pro hac vice*)
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 2420
Brattleboro, Vermont  05303-2420
Telephone:   (802) 257-1342
Facsimile:    (866) 228-1681
Email:         lweber@humanrightsdefensecenter.org
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SCOTT R. JONES, individually and in his capacity as Sheriff of the County of Sacramento; DOES 1-20, in their individual and official capacities,<br><br>Defendants. | Case No. 2:11-cv-00907-JAM-DAD<br><br>**ORDER GRANTING REQUEST TO WITHDRAW EXHIBIT INADVERTENTLY FILED ON THE PUBLIC DOCKET AND ORDER SEALING DOCUMENT**<br><br>Judge:  Hon. John A. Mendez |

[593359-1]

[PROPOSED] ORDER GRANTING REQUEST TO WITHDRAW EXHIBIT INADVERTENTLY FILED ON THE PUBLIC DOCKET AND ORDER SEALING DOCUMENT
CASE NO. 2:11-CV-00907-JAM-DAD

1   Having considered the parties' pleadings and the record in this case, and good cause
2   existing therefor,
3   THE COURT HEREBY FINDS AND ORDERS:
4   The Court strikes the document filed as Docket No. 30, Declaration of Kenneth M.
5   Walczak, and accepts for filing the Amended Declaration of Kenneth M. Walczak
6   submitted on January 25, 2012.
7   Exhibit H to the Amended Declaration of Kenneth M. Walczak is accepted for
8   filing under seal, subject to the provisions of the Stipulated Protected Order entered on
9   August 24, 2011 (Docket No. 21).
10  **IT IS SO ORDERED.**
11
12  DATED:  1/26/2012                    /s/ John A. Mendez
                                         John A. Mendez
13                                       United States District Judge

[593359-1]

1

PROPOSED] ORDER GRANTING REQUEST TO WITHDRAW EXHIBIT INADVERTENTLY FILED ON THE
PUBLIC DOCKET AND ORDER SEALING DOCUMENT
CASE NO. 2:11-CV-00907-JAM-DAD