LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Jeri L. Pappone, CSB No.: 210104
Amanda L. Butts, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County of Sacramento
and Scott R. Jones

SANFORD JAY ROSEN – 62566
ERNEST GALVAN – 196065
KENNETH WALCZAK – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email: kwalczak@rbg-law.com

LANCE WEBER
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 2420
Brattleboro, Vermont 05303-2420
Telephone:  (802) 257-1342
Facsimile:  (866) 735-7136
Email: lweber@humanrightsdefensecenter.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| PRISON LEGAL NEW, a project of the HUMAN RIGHTS DEFENSE CENTER ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF SACRAMENTO; SCOTT R. ) JONES, individually and in his capacity as ) Sheriff of the County of Sacramento; DOES 1- ) 20, in their individual and official capacities, ) <br> ) <br> Defendant ) <br> ) | **Case No.: 2:11-cv-00907-JAM -DAD** <br><br> **STIPULATION AND ORDER TO MODIFY HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

PDF created with pdfFactory trial version www.pdffactory.com

Defendants COUNTY OF SACRAMENTO and SCOTT JONES (collectively hereafter "Defendants"), by and through their attorney of record, John Lavra, of Longyear, O'Dea & Lavra, LLP, and Plaintiff PRISON LEGAL NEWS, by and through its attorney of record, Kenneth Walczak, of Rosen, Bien & Galvan, LLP, hereby submit this Stipulation and Proposed Order for Modification of the hearing date on Plaintiff's Motion for Preliminary Injunction.

Due to the complicated nature of the issues involved in this matter and the current demands of counsel's calendar, Defendants require additional time to respond to Plaintiff's motion.

As a result, the parties stipulate to modify the hearing date on Plaintiff's Motion for Preliminary Injunction. The motion is presently scheduled to be heard on February 22, 2012, at 9:30 a.m. The parties agree to move the hearing to March 7, 2012, at 9:30 a.m.

The parties additionally agree that Defendants will file their response to Plaintiff's Motion to Preliminary Injunction on or before February 15, 2012, and that Plaintiff will file any reply brief on or before February 29, 2012.

IT IS HEREBY STIPULATED by and between the parties:

1. Plaintiff's Motion for Preliminary Injunction will be heard on March 7, 2012, at 9:30 a.m. in Courtroom 6 of the United States District Court, Eastern District of California, before Honorable Judge John A. Mendez;

2. Defendants will file and serve their response to Plaintiff's Motion for Preliminary Injunction on or before February 15, 2012; and

3. Plaintiff will file and serve any reply brief on or before February 29, 2012.

**IT IS SO STIPULATED**.

Dated: February 1, 2012            LONGYEAR, O'DEA & LAVRA, LLP


                                   By: */s/ John A. Lavra*
                                       JOHN A. LAVRA
                                       AMANDA L. BUTTS
                                       Attorneys for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  February 1, 2012                ROSEN, BIEN & GALVAN, LLP

                                    By:  */s/ Ernest Galvan*
                                         ERNEST GALVAN
                                         KENNETH WALCZAK
                                         Attorneys for Plaintiff

Dated:  February 1, 2012                HUMAN RIGHTS DEFENSE CENTER

                                    By:  */s/ Lance Weber*
                                         LANCE WEBER
                                         Attorney for Plaintiff

**IT IS SO ORDERED**.

 Dated:  2/1/2012                        /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT
                                         JUDGE

PDF created with pdfFactory trial version www.pdffactory.com