# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER | Case No.: **2:11-cv-00907-JAM -DAD** |
| Plaintiff, | **ORDER REGARDING REQUEST TO SEAL DOCUMENTS BY DEFENDANTS' COUNTY OF SACRAMENTO AND SCOTT R. JONES** |
| vs. | |
| COUNTY OF SACRAMENTO; SCOTT R. JONES, individually and in his capacity as Sheriff of the County of Sacramento; DOES 1-20, in their individual and official capacities, | |
| Defendant | |

Having considered the parties' pleadings and the record in this case, and good cause existing, the Court hereby orders:

Exhibit 4 to the Defendants' Opposition to the Preliminary Injunction is accepted for filing under seal, subject to provisions of the stipulated protective order of August 24, 2011 (Docket No. 21).

IT IS SO ORDERED.

Dated: 2/16/2012                                /s/ John A. Mendez_____
                                                JOHN A. MENDEZ
                                                U.S. DISTRICT COURT JUDGE