LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Jeri L. Pappone, CSB No.: 210104
Amanda L. Butts, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County of Sacramento
and Scott R. Jones

SANFORD JAY ROSEN – 62566
ERNEST GALVAN – 196065
KENNETH WALCZAK – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: kwalczak@rbg-law.com

LANCE WEBER
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 2420
Brattleboro, Vermont 05303-2420
Telephone: (802) 257-1342
Facsimile: (866) 735-7136
Email: lweber@humanrightsdefensecenter.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| PRISON LEGAL NEW, a project of the HUMAN RIGHTS DEFENSE CENTER<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SCOTT R. JONES, individually and in his capacity as Sheriff of the County of Sacramento; DOES 1-20, in their individual and official capacities,<br><br>Defendant | Case No.: 2:11-cv-00907-JAM -DAD<br><br>**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER** |

**Stipulation And [Proposed] Order To Modify the Pretrial Scheduling Order**

**Page 1**

PDF created with pdfFactory trial version www.pdffactory.com

Defendants COUNTY OF SACRAMENTO and SCOTT JONES (collectively hereafter "Defendants"), by and through their attorney of record, John Lavra, of Longyear, O'Dea & Lavra, LLP, and Plaintiff PRISON LEGAL NEWS, by and through its attorney of record, Ernest Galvan, of Rosen, Bien & Galvan, LLP, hereby submit this Stipulation and Proposed Order for Modification of the Pretrial Scheduling Order.

WHEREAS the parties have agreed to mediate this matter on April 9, 2012, to avoid potentially unnecessary fees and costs while they diligently work toward a resolution of this case;

WHEREAS the parties have agreed to stay any pending discovery deadlines;

WHEREAS the parties have agreed to extend the time period for expert disclosures and to complete any remaining discovery;

IT IS HEREBY STIPULATED by and between the parties that:

1. The deadline for expert disclosure be extended to April 16, 2012;
2. The deadline for supplemental expert disclosures be extended to April 30, 2012;
3. The deadline for completion of discovery be extended to May 30, 2012;

**IT IS SO STIPULATED**.

Dated:  March 13, 2012				LONGYEAR, O'DEA & LAVRA, LLP

						By:  */s/ John A. Lavra*
						JOHN A. LAVRA
						AMANDA L. BUTTS
						Attorneys for Defendants

Dated:  March 13, 2012				ROSEN, BIEN & GALVAN, LLP

						By:  */s/ Ernest Galvan*
						ERNEST GALVAN
						KENNETH WALCZAK
						Attorneys for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: March 13, 2012                HUMAN RIGHTS DEFENSE CENTER

                                   By:  */s/ Lance Weber*
                                        LANCE WEBER
                                        Attorney for Plaintiff

**IT IS SO ORDERED**.


   Dated:  3/13/2012                    /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT
                                        JUDGE

PDF created with pdfFactory trial version www.pdffactory.com