LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County of Sacramento
Scott R. Jones

ROSEN BIEN & GALVAN, LLP
Ernest Galvan, CSB No.: 196065
Blake Thompson, CSB No.: 255600
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Phone: (415) 433-6830
Fax: (415) 433-7104

Attorney's for Plaintiff Prison Legal News

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| PRISON LEGAL NEW, a project of the HUMAN RIGHTS DEFENSE CENTER<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SCOTT R. JONES, individually and in his capacity as Sheriff of the County of Sacramento; DOES 1-20, in their individual and official capacities,<br><br>Defendant | Case No.: 2:11-cv-00907-JAM -DAD<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

　　　IT IS HEREBY STIPULATED by and between the Plaintiff, Prison Legal News a project of the Human Rights Defense Center by and through their attorney of record, Ernest Galvan of the law firm of Rosen Bien & Galvan, LLP, and Defendants County of Sacramento and Scott Jones, by and through their attorney, John Lavra of the law firm of Longyear, O'Dea & Lavra, LLP, as follows:

STIPULATION TO MODIFY SCHEDULING ORDER

Page: 1

The parties recently completed mediation on April 9, 2012. As a result of that mediation, the parties are continuing to progress towards potential settlement of this case.

In order to pursue settlement, the parties agreed at the mediation to reschedule the currently scheduled dates for disclosure of expert witnesses and expert witness reports.

On April 10, 2012, Defendants' attorney contacted the court and informed the court clerk that the parties wished to modify the scheduling order to continue the disclosure dates for expert witnesses and expert witness reports, which were scheduled for April 16, 2012 and April 30, 2012.

In response thereto, the court clerk provided dates to modify the scheduling order.

The parties believe that it is the best interest of their clients to modify the scheduling order and therefore stipulate to a modification of the scheduling order as follows:

- Expert disclosure: 5/30/12;
- Supplemental expert disclosure: 6/8/12;
- Discovery cutoff: 8/10/12;
- Dispositive motion filing: 9/19/12;
- Dispositive motion hearing: 10/17/12 @ 9:30 a.m.
- Joint pretrial statement due: 11/23/12;
- Pretrial conference: 11/30/12 @ 10 a.m.; and
- Jury trial: 1/14/13 @ 9:00 a.m.

IT IS SO STIPULATED.

Dated: April 12, 2012          LONGYEAR, O'DEA & LAVRA, LLP

                         By:   */s/ John A. Lavra*
                               JOHN A. LAVRA
                               Attorneys For Defendants

STIPULATION TO MODIFY SCHEDULING ORDER

Page: 2

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 12, 2012                    ROSEN, BIEN & GALVAN, LLP

                                   By:   */s/ Ernest Galvan*

                                         ERNEST GALVAN
                                         Attorney for Plaintiff

### **ORDER**

   Good cause appearing, the scheduling order is modified as set forth in the stipulation of the parties.

Dated: 4/12/2012                         */s/ John A. Mendez*

                                         Honorable John A. Mendez
                                         United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com