LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Jeri L. Pappone, CSB No.: 210104
Amanda L. Butts, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County of Sacramento
and Scott R. Jones

SANFORD JAY ROSEN – 62566
ERNEST GALVAN – 196065
KENNETH WALCZAK – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:     (415) 433-6830
Facsimile:     (415) 433-7104
Email: kwalczak@rbg-law.com

LANCE WEBER
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 2420
Brattleboro, Vermont  05303-2420
Telephone:     (802) 257-1342
Facsimile:     (866) 735-7136
Email: lweber@humanrightsdefensecenter.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| PRISON LEGAL NEW, a project of the HUMAN RIGHTS DEFENSE CENTER<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SCOTT R. JONES, individually and in his capacity as Sheriff of the County of Sacramento; DOES 1-20, in their individual and official capacities,<br><br>Defendant | Case No.: 2:11-cv-00907-JAM -DAD<br><br>**STIPULATION AND ORDER TO MODIFY THE PRE TRIAL SCHEDULING ORDER** |

Defendants COUNTY OF SACRAMENTO and SCOTT JONES (collectively hereafter "Defendants"), by and through their attorney of record, John Lavra, of Longyear, O'Dea &

**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRE TRIAL SCHEDULING ORDER**
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

Lavra, LLP, and Plaintiff PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER by and through its attorney of record, Ernest Galvan, of Rosen, Bien & Galvan, LLP, hereby submit this Stipulation and Proposed Order for Modification of Pre Trial Scheduling Order.

Whereas, the parties mediated this matter on April 9, 2012, and at the mediation reached a tentative agreement based upon a mediator's proposal to settle the case which was subject to the parties agreeing on the terms of a consent decree and subject to approval of the Sacramento County Board of Supervisors;

Whereas, since the mediation, attorneys for the parties herein have prepared draft consent decrees for approval by their respective clients;

Whereas, the potential settlement of this matter involves payment of money to Plaintiffs as well as entry of the consent decree by the court, which must be approved by the Sacramento County Board of Supervisors;

Whereas, the approval of the settlement between the parties is currently scheduled to be heard in closed session by the Sacramento County Board of Supervisors on June 19, 2012;

Whereas, the current pre trial scheduling order requires disclosure of expert witnesses on May 30, 2012 and disclosure of supplemental expert witnesses on June 8, 2012, the parties desire to extend the time for disclosure of expert witnesses so as to allow the settlement approval to be heard by the Sacramento County Board of Supervisors on June 19, 2012;

IT IS HEREBY STIPULATED by and between the parties that:

1. The deadline for expert disclosure be extended to June 30, 2012;

2. The deadline for supplement expert disclosures be extended to July 9, 2012;

**IT IS SO STIPULATED**.

Dated: May 22, 2012                              LONGYEAR, O'DEA & LAVRA, LLP


                                                 By: */s/ John A. Lavra*
                                                     JOHN A. LAVRA
                                                     Attorneys for Defendants

**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRE TRIAL SCHEDULING ORDER**
Page 2

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | ROSEN, BIEN & GALVAN, LLP |

By: */s/ Ernest Galvan*
ERNEST GALVAN
KENNETH WALCZAK
Attorneys for Plaintiff

Dated: May 22, 2012    HUMAN RIGHTS DEFENSE CENTER

By: */s/ Lance Weber*
LANCE WEBER
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: 5/22/2012    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRE TRIAL SCHEDULING ORDER**
**Page 3**

PDF created with pdfFactory trial version www.pdffactory.com