SANFORD JAY ROSEN – 62566
ERNEST GALVAN – 196065
KENNETH M. WALCZAK – 247389
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        kwalczak@rbgg.com

LANCE WEBER (admitted *pro hac vice*)
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 2420
Brattleboro, Vermont  05303-2420
Telephone:    (802) 257-1342
Facsimile:    (866) 228-1681
Email:        lweber@humanrightsdefensecenter.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF SACRAMENTO; SCOTT R. JONES, individually and in his capacity as Sheriff of the County of Sacramento; DOES 1-20, in their individual and official capacities,<br><br>          Defendants. | Case No. 2:11-cv-00907-JAM-DAD<br><br>**NOTICE OF SETTLEMENT**<br><br>Fed. R. Civ. P. 16;<br>Local Civil Rules 160, 272<br><br>Judge:   Hon. John A. Mendez |

[651993-1]

NOTICE OF SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 16 and Local Civil Rules 160 and 272, PLEASE TAKE NOTICE that the parties have reached an agreement to settle this matter. The parties have agreed to request the entry of a consent decree in this case, and to request dismissal with retained jurisdiction to enforce the consent decree.

The Court's calendar clerk has been notified of the settlement.

DATED: July 13, 2012                    Respectfully submitted,

                                        ROSEN BIEN GALVAN & GRUNFELD LLP


                                        By:  *s/ Kenneth Walczak*
                                             Kenneth M. Walczak

                                        Attorneys for Plaintiff

[651993-1]

1

NOTICE OF SETTLEMENT