SANFORD JAY ROSEN – 62566
ERNEST GALVAN – 196065
KENNETH M. WALCZAK – 247389
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:         kwalczak@rbg-law.com

LANCE WEBER (admitted *pro hac vice*)
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 2420
Brattleboro, Vermont  05303-2420
Telephone:   (802) 257-1342
Facsimile:    (866) 228-1681
Email:         lweber@humanrightsdefensecenter.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO; SCOTT R. JONES, individually and in his capacity as Sheriff of the County of Sacramento; DOES 1-20, in their individual and official capacities,<br><br>　　　　Defendants. | Case No. 2:11-cv-00907-JAM-DAD<br><br>**STIPULATION AND ORDER DISMISSING CASE AND RETAINING JURISDICTION OVER CONSENT DECREE**<br><br>Judge:   Hon. John A. Mendez |

[644367-2]

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, STIPULATE AS FOLLOWS:

1. The Parties have negotiated a settlement by consent decree, resolving all claims asserted in the Complaint. *See* **Exhibit A**.

2. The Parties agree that settlement has altered the legal and juridical relationship of the Parties.

3. Plaintiff has released Defendants for all claims pursuant to Paragraph 8 of the Consent Decree.

4. The Parties have further agreed that this Court should dismiss the complaint with prejudice, but retain jurisdiction over the case to enforce the Consent Decree until such jurisdiction is terminated by the Court upon motion made by either Party. *See* Consent Decree, ¶ 19.

5. The Parties respectfully request that the Court enter the [Proposed] Order set forth below, instructing the Clerk to administratively close the case.

IT IS SO STIPULATED.

DATED: August 6, 2012          Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: *s/ Ernest Galvan*
Ernest Galvan

Attorneys for Plaintiff

LONGYEAR, O'DEA & LAVRA, LLP

By: *s/ John Lavra*
John Lavra

Attorneys for Defendants

[644367-2]

1

**ORDER ADMINISTRATIVELY CLOSING CASE**

IT IS HEREBY ORDERED that:

The parties having reached a Consent Decree resolving the Plaintiff's claims, the Court orders the claims dismissed with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to the condition that the Court retains jurisdiction to enforce compliance with the Consent Decree, until such jurisdiction is terminated by the Court upon motion made by either Party.  Motions regarding the Consent Decree may be filed by the parties under this case number pursuant to the Court's ancillary jurisdiction to enforce the Consent Decree.

IT IS HEREBY ORDERED

DATED: August 7, 2012            /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[644367-2]

2
STIPULATION AND [PROPOSED] ORDER ADMINSITRATIVELY CLOSING CASE
PDF created with pdfFactory trial version www.pdffactory.com