SANFORD JAY ROSEN – 062566
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
BENJAMIN BIEN-KAHN – 267933
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104

DANIEL MARSHALL – Fla. Bar No. 617210*
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Telephone:  (561) 360-2523
 * *Pro Hac Vice* Application to be filed

Attorneys for
HUMAN RIGHTS DEFENSE CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | Case No. 20-cv-00285-JAM-CKD |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | |
| COUNTY OF PLACER; DEVON BELL, Sheriff, individually and in his official capacity; DARRELL STEINHAUER, Corrections Commander, individually and in his official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities, | |
| Defendants. | |

[3496017.2]

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Prison Legal News ("Plaintiff" or "PLN") files this Notice of Related Case pursuant to Local Rule 123(b).  This case is related to *Human Rights Defense Center  v. County of Placer*, Case No. 20-cv-00285-JAM-CKD, which was filed in this District on February 6, 2020 (the "Placer County Matter").

In this case, (the "Sacramento County Matter"), Judge Mendez granted Plaintiff's motion for preliminary injunction seeking to enjoin Sacramento County from refusing to deliver Plaintiff's publications to persons incarcerated at Sacramento County's jails in violation of the First Amendment, and from failing to provide adequate notice and an opportunity to challenge the censorship decisions in violation of the Due Process Clause of the Fourteenth Amendment.  The Court entered a consent decree requiring that Sacramento County shall not refuse to deliver Plaintiff's publications to persons incarcerated at Sacramento County's jails on the challenged grounds, and that Sacramento County shall provide adequate written notice and an administrative review process of any refusal to deliver publications or correspondence sent from a publisher to an incarcerated person at the counties' jails.  Although the Sacramento County Matter was resolved pursuant to the consent decree on July 16, 2012, Judge Mendez retains jurisdiction to enforce the terms of the consent decree.

The Placer County Matter is related to the Sacramento County Matter within the meaning of Local Rule 123(a).  Prison Legal News, the Plaintiff in the instant matter, is a wholly owned project of Human Rights Defense Center, the Plaintiff in the Placer County Matter.  As such, the Placer County Matter effectively involves the same plaintiff as the instant matter, and centers on a similar factual and substantially identical legal claim that a different set of jail officials—Placer County officials in that case—censor Plaintiff's publications in violation of the First Amendment, and fail to provide Plaintiff with notice and an opportunity to challenge the censorship in violation of the Due Process Clause of the Fourteenth Amendment.

[3496017.2]

Resolution of the Placer County Matter will involve almost entirely overlapping questions of law and fact already addressed in the Sacramento County Matter, including (1) whether refusing to deliver a publisher's mail violations the First Amendment; (2) whether Defendants' anticipated defense that such a policy is permitted for safety and security reasons under *Turner v. Safley*, 482 U.S. 78 (1987), is valid; and (3) whether Defendants' failure to provide the Plaintiff with notice of its censorship and an opportunity to appeal violates the Plaintiff's due process rights.  Assignment of that case to a different judge also runs the risk of resulting in conflicting decisions within the District on the same basic factual and legal issues.  Accordingly, assignment of the Placer County Matter to Judge Mendez is likely to effect a substantial savings of judicial effort and will promote uniformity within the District.

DATED:  February 7, 2020          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Jeffrey L. Bornstein*
       Jeffrey L. Bornstein

Attorney for
HUMAN RIGHTS DEFENSE CENTER

[3496017.2]

2                    Case No. 2:11-cv-00907-JAM-DAD
NOTICE OF RELATED CASES