LONGYEAR & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County of Sacramento,
Sheriff Scott Jones

ROSEN BIEN GALVAN & GRUNFELD, LLP
Ernest Galvan, CSB No.: 196065
101 Mission Street, Sixth Floor
San Francisco, CA 94105
Phone: (415) 433-6830
Fax: (415) 433-7104

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SCOTT R. JONES, individually and in his capacity as Sheriff of the County of Sacramento; DOES 1-20, in their individual and official capacities,<br><br>    Defendants. | Case No.: 2:11-cv-00907-JAM-DAD<br><br>**STIPULATION AND ORDER TO VACATE CONSENT DECREE**<br><br>**[Fed. R. Civ. P. 60(b)]** |

This Stipulation and Order Vacating the Consent Decree is entered into by and among Plaintiff Prison Legal News, a project of the Human Rights Defense Center, ("Plaintiff") and Defendants County of Sacramento and Scott R. Jones ("Defendants") (collectively, "the Parties"), by and through their respective counsel.

WHEREAS, the Parties negotiated a settlement by Consent Decree that was entered on July 16, 2012, resolving all claims asserted in the Complaint [Dkt. No. 60];

WHEREAS, on August 6, 2012 the claims against Defendants were dismissed with

1

prejudice under Fed. R. Civ. P. 41(a)(2), subject to the condition that the Court retained jurisdiction to enforce compliance with the Consent Decree until such jurisdiction is terminated by the Court upon motion of either party [Dkt. No. 62];

WHEREAS, Defendants have complied with the terms of the Consent Decree and have affirmed that they do not intend to modify or cease the current practice at its jail facilities of removing staples and/or mailing labels from publications, correspondence, and documents sent by Publishers to prisoners prior to their delivery to the prisoner [*See* Exhibit 1 attached hereto];

WHEREAS, the Parties have met and conferred and agree that that it would be in the interests of justice and judicial economy and that good cause exists to vacate the Consent Decree at this time.

NOW, THEREFORE, IT IS STIPULATED AND AGREED that there is good cause to ORDER that the Consent Decree entered in this matter be VACATED, the Court's jurisdiction thereover be terminated, and the case be dismissed in its entirety.

**IT IS SO STIPULATED.**

Dated: November 19, 2020        LONGYEAR & LAVRA, LLP

By:  */S/ Amanda L. McDermott*
     JOHN A. LAVRA
     AMANDA L. MCDERMOTT
     Attorneys for Defendants County of Sacramento,
     Sheriff Scott Jones

Dated: November 18, 2020        ROSEN BIEN GALVAN & GRUNFELD, LLP

By:  */S/ Ernest Galvan*
     ERNEST GALVAN
     Attorneys for Plaintiff Prison Legal News

## **ORDER**

Upon review and consideration of the Parties' stipulation and supporting materials submitted therewith, it is hereby ORDERED that the Consent Decree entered on July 16, 2012 in this matter is VACATED, the Court's jurisdiction over this matter is hereby terminated, and this case is dismissed in its entirety.

**IT IS HEREBY ORDERED.**

Dated:  November 19, 2020                 /s/ John A. Mendez
                                                                  THE HONORABLE JOHN A. MENDEZ
                                                                  UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO VACATE CONSENT DECREE [Fed. R. Civ. P. 60(b)]